# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **DB VENTURES LIMITED,** | |
| *Plaintiff*, | |
| v. | Case No.: 1:24-cv-0992- ELR |
| **7295857,** *et al.,* | |
| *Defendants.* | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff DB Ventures Limited, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1.  Aikhan Sagynbekov;

2.  cute_babby;

3.  kingkong8861; and

4.  Shanghai Youyu Trading Co., Ltd.

Dated: April 24, 2024.

Respectfully submitted,
THE SLADKUS LAW GROUP

*s/ Abbie Cook*
Carrie A. Hanlon
Ga. Bar No. 289725

E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com
Abbie Cook
Ga. Bar No. 905603
E-mail: abbie@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***