# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**DB VENTURES LIMITED,**

*Plaintiff*,

v.

**7295857,** *et al.*,

*Defendants.*

Case No.: 1:24-cv-0992- ELR

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff DB Ventures Limited, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Bigfiguresseller;
2. Bohuaitrading;
3. Fastbuyon;
4. happy_susu;
5. LD E-COM LLC;
6. mny19-53;
7. nywk-83;
8. soldier_top2020;

1

9. sxdf32;

10. taode4;

11. wadeggr62; and

12. xiangwyan_0.

Dated: May 6, 2024.

                Respectfully submitted,
                THE SLADKUS LAW GROUP

                *s/ Abbie Cook*
                Carrie A. Hanlon
                Ga. Bar No. 289725
                E-mail: carrie@sladlaw.com
                Jason H. Cooper
                Ga. Bar No. 778884
                E-mail: jason@sladlaw.com
                Abbie Cook
                Ga. Bar No. 905603
                E-mail: abbie@sladlaw.com

                1397 Carroll Drive
                Atlanta, Georgia 30318
                Telephone: (404) 252-0900
                Facsimile: (404) 252-0970

                ***Attorneys for Plaintiff***